IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01198-WYD-BNB

MEREDITH KISSACK,

    Plaintiff,

v.

PHOTO STENCIL, LLC, a Colorado limited liability company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal F.R.C.P. 41(a)(ii) (docket #12), filed August 15, 2008. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and this matter should be **DISMISSED WITH PREJUDICE**. Accordingly, it is

ORDERED that the parties' Stipulation of Dismissal F.R.C.P. 41(a)(ii) (docket #12), filed August 15, 2008, is **APPROVED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated: August 15, 2008

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge